

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00419-CR

Robert G. **POSOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 298496
The Honorable Jason Wolff, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED.

SIGNED August 7, 2013.

_____
Marilyn Barnard, Justice